# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

Daniel Meier
(212) 898-4016
daniel.meier@sedgwicklaw.com

August 2, 2012

*Via Facsimile ((973) 645-3097)*
Hon. Mark Falk
United States Magistrate Judge
United States District Court for the District of
New Jersey
USPO & Courthouse
1 Federal Square, Room 457
Newark, NJ 07101

Barbara G. Quakenbos, Esq.
Wilentz, Goldman & Spitzer, PA
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095

Re: *Anonymous Oxford Health Plan Member v. Oxford Health Insurance, Inc., et al.*
   Civil No.: 2:12-cv-02367
   File No.: 03246-000158

Dear Magistrate Judge Falk:

This office represents Defendants Oxford Health Insurance, Inc., Oxford Health Plans (NY), Inc., and United Behavioral Health in the referenced action. We write on Plaintiff's behalf to request a telephone conference for Monday, August 6, 2012 to extend the deadlines set forth in Your Honor's July 26, 2012 Letter Order Pursuant to Rule 16 (Doc. No. 54). Defendants consent to the request.

Thank you for your attention to this matter. *Request for conference granted.

Respectfully submitted,

Daniel Meier
Sedgwick LLP

*Telephone conference set for Tuesday, August 7, 2012 at 11:00 a.m. It shall be Defendants' counsel's responsibility to set up and initiate the conference call.*

**SO ORDERED**

Mark Falk
8/2/12

MARK FALK, U.S.M.J.

NY/1006894v1