NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANONYMOUS OXFORD HEALTH PLAN MEMBER WITH ID # 95278903*01, <br><br> Plaintiff, <br><br> v. <br><br> OXFORD HEALTH INSURANCE, INC.; OXFORD HEALTH PLANS (NY), INC.; and UNITED BEHAVIORAL HEALTH, <br><br> Defendants. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civ. No. 12-2367 (DMC) (MF) |

**DENNIS M. CAVANAUGH, U.S.D.J.**:

This matter having come before the Court upon Plaintiff's Motion for Reconsideration (ECF No. 40), and Plaintiff having informed the Court that this Motion has been mooted by recent events and will therefore be withdrawn;

IT IS on this 21st day of August, 2012;

ORDERED that Plaintiff's Motion for Reconsideration (ECF No. 40) is **denied as moot**.

                                                                                                    _____
                                                                                                    Dennis M. Cavanaugh, U.S.D.J.

Orig.:      Clerk
cc:         All Counsel of Record
            Hon. Mark Falk, U.S.M.J.
            File