

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NY  10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*Daniel Meier*
*(212) 898-4016*
*daniel.meier@sedgwicklaw.com*

August 24, 2012

*Via ECF*
Hon. Mark Falk
United States Magistrate Judge
United States District Court for the District of
New Jersey
USPO & Courthouse
1 Federal Square, Room 457
Newark, NJ 07101

Re:  *Anonymous Oxford Health Plan Member v. Oxford Health Insurance, Inc., et al.*
     Civil No.: 2:12-cv-02367
     File No.: 03246-000158

Dear Magistrate Judge Falk:

This office represents Defendants Oxford Health Insurance, Inc., Oxford Health Plans (NY), Inc., and United Behavioral Health in the referenced action. We write to request an adjournment of the in-person status/settlement conference currently scheduled for Friday, October 26, 2012 pursuant to the Pretrial Scheduling Order dated August 22, 2012 (Doc. No. 57). The reason for this request is because I am already scheduled to appear in front of the American Arbitration Association for a hearing in another matter on that same day. We are available to appear for the in-person status/settlement conference on any day in November, except for November 7, 8, 9, 21, 2012. We contacted Plaintiff's counsel to determine their availability but have not yet heard any response from them.

Thank you for your attention to this matter.

Respectfully submitted,


/s/ Daniel M. Meier

Daniel Meier
Sedgwick LLP


cc:  Barbara G. Quackenbos, Esq.

NY/1010984v1

## CERTIFICATE OF SERVICE

I, Daniel M. Meier, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED AUGUST 24, 2012** was served via ECF on this 24th day of August, 2012, upon the following:

>Barbara G. Quackenbos, Esq.
>Wilentz, Goldman & Spitzer, PA
>90 Woodbridge Center Drive
>Suite 900, Box 10
>Woodbridge, NJ 07095
>Business E-mail:  bquackenbos@wilentz.com

>/s/ Daniel M. Meier
>DANIEL M. MEIER (DM – 041942006)

Dated:   New York, New York
         August 24, 2012