SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendants
Oxford Health Insurance, Inc.,
Oxford Health Plans (NY), Inc.,
and United Behavioral Health

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| ANONYMOUS OXFORD HEALTH PLAN MEMBER WITH ID #95278903*01,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>OXFORD HEALTH INSURANCE, INC., OXFORD HEALTH PLANS (NY), INC., and UNITED BEHAVIORAL HEALTH.,<br><br>　　　　　　　　　　　Defendants. | Civil No.: 2:12-cv-02367<br>Hon. Dennis M. Cavanaugh, U.S.D.J.<br>Hon. Judge Mark Falk, U.S.M.J.<br><br>**NOTICE OF APPEARANCE**<br><br>**ELECTRONICALLY FILED** |

　　　　PLEASE TAKE NOTICE that the undersigned hereby appears in this matter on behalf of defendants Oxford Health Insurance, Inc., Oxford Health Plans (NY), Inc., and United Behavioral Health. I certify that I am admitted to practice in this Court.

Dated: September 20, 2012

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　By:　s/ *Jeffrey M. Winn*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　JEFFREY M. WINN
　　　　　　　　　　　　　　　　　　　　　　SEDGWICK LLP
　　　　　　　　　　　　　　　　　　　　　　125 Broad Street, 39th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10004-2400
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 422-0202
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 422-0925
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　Oxford Health Insurance, Inc., Oxford Health Plans
　　　　　　　　　　　　　　　　　　　　　　(NY), Inc., and United Behavioral Health

## CERTIFICATE OF SERVICE

I, Jeffrey M. Winn, pursuant to 28 U.S.C. §1746 hereby certify under penalty of perjury that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF on this 20th day of September 2012, upon the following:

Barbara G. Quakenbos, Esq.  
Wilentz, Goldman & Spitzer, PA  
90 Woodbridge Center Drive  
Suite 900, Box 10  
Woodbridge, NJ 07095  
(732) 636-8000  

          s/ *Jeffrey M. Winn*  
              JEFFREY M. WINN