UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY
_____

ANONYMOUS OXFORD HEALTH PLAN
MEMBER WITH ID #95278903*01,           Case No. 2:12-cv-02367
                        Plaintiff,


     -against-

OXFORD HEALTH INSURANCE, INC.,
OXFORD HEALTH PLANS (NY), INC.,
and UNITED BEHAVIORAL HEALTH
                        Defendant.
_____

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒   I have cases pending          ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                    Michael H. Bernstein
                    FILL IN ATTORNEY NAME

I am,
            An attorney

            A Government Agency attorney

      X     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Sedgwick LLP
              FIRM ADDRESS: 125 Broad Street, New York New York 10004
              FIRM TELEPHONE NUMBER: 212-422-0202
              FIRM FAX NUMBER: 212-422-0925

NEW FIRM:     FIRM NAME: Sedgwick LLP
              FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
              FIRM TELEPHONE NUMBER: 212-422-0202
              FIRM FAX NUMBER: 212-422-0925

      ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
          was entered on _____ by Judge _____


Dated: 10/12/2012                          s/ _____
                                              ATTORNEY'S SIGNATURE


American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 12th day of October, 2012, upon the following:

>Barbara G. Quakenbos, Esq.
>Wilentz, Goldman & Spitzer, PA
>90 Woodbridge Center Drive
>Suite 900, Box 10
>Woodbridge, NJ 07095
>(732) 636-8000
>Attorney for Plaintiff

>s/
>Michael H. Bernstein

Dated:   New York, New York
         October 12, 2012