UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY
-----------------------------------------------------------------
ANONYMOUS OXFORD HEALTH PLAN
MEMBER WITH ID #95278903*01,   Case No.: 2:12-cv-02367
                Plaintiff,

    -against-

OXFORD HEALTH INSURANCE, INC.,
OXFORD
HEALTH PLANS (NY), INC.,
and UNITED BEHAVIORAL HEALTH.,
                Defendant.
-----------------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending    ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
FILL IN ATTORNEY NAME

My SDNY Bar Number is:  JS 5014    My State Bar Number is _____

I am,

☐ An attorney
☐ A Government Agency attorney
☒ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick LLP
                    FIRM ADDRESS: 125 Broad Street, New York New York 10004
                    FIRM TELEPHONE NUMBER: 212-422-0202
                    FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                    FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                    FIRM TELEPHONE NUMBER: 212-422-0202
                    FIRM FAX NUMBER: 212-422-0925

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/16/2012

                                                  ATTORNEY'S SIGNATURE
                                                  John T. Seybert



American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 16th day of October, 2012, upon the following:

Barbara G. Quakenbos, Esq.
Wilentz, Goldman & Spitzer, PA
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
(732) 636-8000
Attorney for Plaintiff

_____
John T. Seybert

Dated:   New York, New York
         October 16, 2012

1