UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANONYMOUS OXFORD HEALTH PLAN MEMBER,<br><br>Plaintiff,<br>v.<br><br>OXFORD HEALTH INSURANCE,<br><br>Defendant. | Civil Action No. 12-2367 (DMC)<br><br><br>**ORDER** |

**IT IS** on this 11th day of January 2013,

**ORDERED** that, the in-person conference scheduled for January 23, 2013, is hereby *sua sponte* adjourned and rescheduled for **Wednesday, February 6, 2013, at 10:00 a.m.** before the Undersigned at the United States Post Office & Courthouse, 1 Federal Square, Room 457, Newark, New Jersey 07102.


s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**